IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shannon Michael Clark, | ) No. CIV 03-1344-PHX-EHC (MS) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Value Options, Inc., et al., | ) |
| Defendants. | ) |

On September 6, 2005, Plaintiff filed a Motion to Amend his Complaint a third time to add 17 new Defendants and a new claim. (Dkt. 143). Defendant Value Options, Inc. (Defendant) filed a Response (Dkt. 144), to which Plaintiff filed a Reply (Dkt. 149). On October 31, 2005, Magistrate Judge Morton Sitver issued a Report and Recommendation (Dkt. 165) regarding Plaintiff's Motion to Amend. Plaintiff filed an Objection (Dkt. 168) and Defendant a Response (Dkt. 173).

**Standard of Review**

A district court judge reviews *de novo* the Report and Recommendation of a Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C).

**Discussion**

The Court, having reviewed the record *de novo,* including the Objections filed by Petitioner, adopts in full the Report and Recommendations filed October 31, 2005, and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** that the Report and Recommendations of the Magistrate Judge is adopted in full. (Dkt 165).

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend is **DENIED**. (Dkt. 143).

DATED this 14th day of December, 2005.

Earl H. Carroll
United States District Judge